**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>Micro International Limited</u>

    v.                                    Civil No. 07-mc-041-JM

<u>Rohm Co., Ltd., et al.</u>


**<u>ORDER OF RECUSAL</u>**

I hereby recuse myself from this case.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: August 27, 2007

cc:    Thomas J. Donovan, Esq.
        James F. Laboe, Esq.
        Matthew D. Satchwell, Esq.
        Paul R. Steadman, Esq.